```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

THEODIS B. WILLIAMS

VS                              NO. 4:05CV01300 GH

PULASKI COUNTY JUVENILE DETENTION CENTER and
MELVIN COLLINS

### ORDER

The file in this case reflects that a complaint was filed September 19, 2005 but does not show that the plaintiff has served defendants with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff serve the complaint on the defendants and file an affidavit of service on or before January 30, 2006. If no affidavit is filed on or before January 30, 2006, an order of dismissal without prejudice will be entered by the Court for defendants for failure to prosecute.

Dated: January 19, 2006

```
                    AT THE DIRECTION OF THE COURT

                    JAMES W. MCCORMACK, CLERK

              BY: /s/  Patricia L. Murray
                     COURTROOM DEPUTY CLERK
```